# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                              No. 8:19-cv-2912-WFJ-AEP

$30,010.00 IN UNITED STATES CURRENCY,

    Defendant.

_____/

## ORDER

The Court has struggled with the appropriate fair and just outcome on Plaintiff's Motion to Strike, Dkt. 34. Claimant Duzdar has expressed a desire to amend his Verified Claim to reflect a bailor/bailee relationship between himself, his brother Aladin Duzdar, and Jetsons Clothing LLC for $23,000 of the total $30,010 at issue. The Court grants Claimant Duzdar leave to do so within 14 days.

In light of this ruling, the Court will hold the Government's Motion to Strike in abeyance and, if Claimant amends the claim, will deny the motion without prejudice. If Claimant Duzdar amends the claim, the Court grants the government leave to take additional discovery if it so chooses. If either party wishes to move for summary judgment, the Court grants them leave to do so by April 15, 2021. This case will be set for trial in August with a July pretrial.

**DONE AND ORDERED** at Tampa, Florida, on February 16, 2021.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record